Angus Edwards, UT #4563
**PARSONS BEHLE & LATIMER**
201 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone:  801.532.1234
Facsimile:  801.536.6661
AEdwards@parsonsbehle.com
ecf@parsonsbehle.com
*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, an Indiana corporation,<br><br>Plaintiff,<br><br>vs.<br><br>SORENSON COMMUNICATIONS, LLC, a Utah limited liability company, CAPTIONCALL, LLC, a Delaware limited liability company,<br><br>Defendants. | **EXPEDITED MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL**<br><br><br><br>Case No. 23-cv-00653-JNP<br><br>Judge Jill N. Parrish |

Pursuant to Local Rule 5-3, Plaintiff Twin City Fire Insurance Company hereby moves this Court for leave to file under seal the Complaint previously filed on September 21, 2023.  On September 22, 2023, Defendants requested that the Complaint be filed under seal in accordance with the parties' confidentiality agreement.  In response, Plaintiff has agreed to move for leave to file the Complaint under seal.  A Redacted Complaint will be filed on September 22, 2023, that redacts only those portions of the Complaint covered by the confidentiality agreement.  For the convenience of the Court, a proposed order is submitted with this Motion.

DATED September 22, 2023.

_/s/Angus Edwards_
Angus Edwards
Parsons Behle & Latimer

Blaise U. Chow (pro hac vice forthcoming)
Christina R. Salem (pro hac vice forthcoming)
Andres Avila (pro hac vice forthcoming)
KENNEDYS CMK, LLP
570 Lexington Avenue
8th Floor
New York, N.Y. 10022

Attorneys for Plaintiff

4890-4986-6881.v1